IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RACHEL ROSHECK DUNLAP individually and on behalf of the class defined herein,<br><br>    Plaintiff,<br><br>    v.<br><br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br><br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-2196-TWT |

### ORDER

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 6]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 6] is GRANTED. The Plaintiff's claims under 15 U.S.C. §§ 1692e(2) and 1692e(10) only are DISMISSED.

SO ORDERED, this   14th   day of December, 2021.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
United States District Judge